1152

No. 98–9091. PENIX v. TURNER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–9093. RODRIGUEZ ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–9100. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9101. GRANT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9104. ELFENBEIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9107. HUPP v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9109. HARRELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9112. KILMARTIN v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL FACILITY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–9115. MANGHAM v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9117. KEEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9122. KERKOWSKI v. COSTELLO ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–9129. GALLEGOS-MORALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9131. MANTILLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–9134. PECK ET UX. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9135. PUNGITORE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.